UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 21-00718-JLS (ADSx) | Date | August 10, 2021 |
|---|---|---|---|
| Title | Yeong Lee v. Felipe Duran et al | | |

**PRESENT:**

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                    None Present

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

This action was filed on April 19, 2021. On July 26, 2021, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before August 2, 2021 why this action should not be dismissed for lack of prosecution [15]. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

                                                                                    _____ : _____

                                                            Initials of Deputy Clerk   mku